# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 20-00140 LEK-RT |
| CASE NAME: | John B. Hatori vs. Noland P. Espinda et al., |
| ATTYS FOR PLA: | Sean Patrick Fitzsimmons |
| ATTYS FOR DEFT: | William R.K. Awong |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/11/2020 | TIME: | 10:00AM - 10:15 AM |

COURT ACTION:   EP: Defense [45] MOTION to Dismiss Plaintiff's First Amended Complaint held.

Court hears from the parties regarding ongoing discussions.

Discussion held.

Parties WITHDRAW Defense [45] MOTION to Dismiss Plaintiff's First Amended Complaint and will submit a stipulation to amend plaintiff's first amended complaint.

Further, the Court directs that the scope of appointment of Mr. Fitzsimmons' office will also include:
- drafting and filing of the 2nd Amended Complaint
- representing the plaintiff in any settlement discussions as well as settlement conferences.

Submitted by: Agalelei Elkington, Courtroom Manager